# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STRATEGIC MEDICAL ALLIANCE                    NO.   2020 CW 1059
II (EMPLOYEE: THOMAS
HOLLOMAN, JR.)

VERSUS

LUBA CASUALTY INSURANCE                     **JANUARY 19, 2021**
COMPANY

---

In Re:   Strategic Medical Alliance II, applying for supervisory
         writs, Office of Workers' Compensation, District 6, No.
         18-08068.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

   **WRIT DENIED.**

                         **JMM**
                         **AHP**

   **Holdridge, J.,** concurs and would deny the writ application
on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT